IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

The Brennan Law Firm, P.C.,          )
                                     )
                Plaintiff,           )
                                     )
vs.                                  )          Cause No. 05-742-DRH
                                     )
Norfolk Southern Railway             )
Company, a corporation,              )
                                     )
and                                  )
                                     )
Faerber & Anderson, P.C.,            )
a corporation,                       )
                                     )
                Defendants.          )

## ORDER

Plaintiff, the Brennan Law Firm, is before the Court seeking to quash a deposition notice

issued to Charles Swartwout, setting Swartwout's deposition for December 12, 2005.  **(Doc. 11).**

Plaintiff correctly notes that discovery is not permitted prior to the scheduling and discovery

conference , which is set for December 27, 2005.  *See* **Fed.R.Civ.P. 26(d).**

**IT IS THEREFORE ORDERED** that plaintiff's motion to quash **(Doc. 11)** is

**GRANTED**; the notice of deposition of Charles Swartwout on December 12, 2005 is

**QUASHED**, and the deposition is cancelled.

**IT IS SO ORDERED.**

**DATED: December 9, 2005**

                                        s/ Clifford J. Proud
                                        **CLIFFORD J. PROUD**
                                        **U. S. MAGISTRATE JUDGE**